**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| FEDERAL ENERGY REGULATORY COMMISSION. | ) ) ) | |
| Petitioner, | ) ) ) | Civ. Action No. 1:15-cv-1428 (JDB) |
| v. | ) ) | |
| CITY POWER MARKETING, LLC, *et al.*, | ) ) ) | |
| Respondents. | ) ) ) | |

### FIFTH JOINT STATUS REPORT CONCERNING MEDIATION

Per this Court's June 29 minute order, the parties file this updated report about the status of their efforts to settle this lawsuit.

As previously reported, the Commission's Office of Enforcement and Defendants have signed a settlement agreement, which requires Commission approval to go into effect. On August 3, the Senate confirmed two nominees to the Commission. When the two nominees are sworn in (which may take several days), the Commission will again have a quorum, and the settlement agreement will be presented to the Commission for its consideration.

In light of these facts, the parties request that pretrial activities and deadlines remain suspended. The parties propose to file an updated status report no later than (a) September 15, 2017 or (b) Commission action on the settlement agreement, whichever comes first.

FOR FEDERAL ENERGY
REGULATORY COMMISSION:

LARRY PARKINSON
(DC Bar No. 387470)
Director
Office of Enforcement

LEE ANN WATSON
(DC Bar No. 985789)
Deputy Director
Office of Enforcement

GEO. F. HOBDAY
(DC Bar No. 449911)
Acting Director
Division of Investigations

COURTNEY SPIVEY URSCHEL
(DC Bar No. 1033891)
Deputy Director
Division of Investigations


*/s/ Thomas P. Olson*
THOMAS P. OLSON
(DC Bar No. 389220)
Attorney
Division of Investigations
Office of Enforcement
Federal Energy Regulatory Commission
888 First Street, N.E.
Washington, DC  20426
(202) 502-6278
Thomas.Olson@ferc.gov

CHANNING D. PHILLIPS
(DC Bar No. 415793)
United States Attorney for the District of Columbia

DANIEL F. VAN HORN
(DC Bar No. 924092)
Chief, Civil Division

2

By: _____/s/_____

PETER PFAFFENROTH
(DC Bar No. 496637)
JENNIFER A. SHORT
(DC Bar No. 456884)
Assistant United States Attorneys
555 Fourth Street, NW
Washington, DC  20530
(202) 252-2513


FOR CITY POWER MARKETING, LLC AND K. STEPHEN TSINGAS:

/s/ A. Jeff Ifrah
A. Jeff Ifrah (DC Bar No. 456661)
Jeffrey R. Hamlin (DC Bar No. 478256)
David Yellin (DC Bar. No. 1028475)
IFRAH PLLC
1717 Pennsylvania Ave. NW
Suite 650
Washington, DC 20006-2004
(202) 524-4140 – Tel.
(202) 524-4141 – Fax
jeff@ifrahlaw.com
jhamlin@ifrahlaw.com
dyellin@ifrahlaw.com

/s/ Todd Mullins
Todd Mullins (DC Bar No. 429539)
McGUIREWOODS LLP
2001 K Street NW
Suite 400
Washington, DC 20006-1040
(202) 857-1752 – Tel.
(202) 828-3320 – Fax
tmullins@mcguirewoods.com

Counsel for Defendants City Power Marketing, LLC, and K. Stephen Tsingas

Dated:  August 4, 2017

3